Richard F. McGinty, OSB 86071
P.O. Box 12806
Salem, OR 97309
503-371-9636
Fax: 503-371-2879
richard@mcginty-belcher.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**WENDY R. GAYMAN,**            Case No.: 6:15-cv-02138-JR

        Plaintiff,                     ORDER

v.

**COMMISSIONER OF SOCIAL SECURITY,**

        Defendant.

This Court, having reviewed stipulation of the parties, awards Plaintiff an EAJA attorney fee in the amount of $5,487.54 pursuant to 28 U.S.C. § 2412, and $0 costs and expenses pursuant to 28 U.S.C. § 1920, for at total of $5,487.54, subject to debt owed the US Government pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such Treasury debt then the EAJA fee check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney at: PO Box 12806, Salem, OR 97309-0806. If Plaintiff has a Treasury debt, then the check for any remaining funds after offset of the Treasury debt shall be made out to Plaintiff and mailed to Plaintiff's attorney at the address indicated

//

above.

IT IS SO ORDERED.

DATED: April 20th, 2017.

_____
John A. Russo
United States District Court Magistrate Judge

Presented by:
Richard F. McGinty OSB #86071
503-371-9636
Of Attorneys for Plaintiff